UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE:   THE HONORABLE MARK A. BURNETT, CHIEF JUDGE
THE HONORABLE CLAIRE R. KELLY, JUDGE
THE HONORABLE JENNIFER CHOE-GROVES, JUDGE

| | |
|---|---|
| GOODY PRODUCTS, INC., et al, | Court No. 1:20-cv-01131-3JP |
| Plaintiffs, | (see attached Schedule of Cases) |
| UNITED STATES, | |
| Defendant. | |

## STATUS REPORT

Plaintiff hereby submits this status report on behalf of all plaintiffs on the attached Schedule of Cases. Kristen S. Smith is no longer an employee of Sandler Travis & Rosenberg, P.A. and should be removed as attorney for plaintiffs in the above-cited action and the action noted in the attached Schedule of Cases. Plaintiff(s) will remain represented by Patrick D. Gill of Sandler, Travis & Rosenberg, P.A. who will continue as lead attorney.

Date: January 9, 2025

*/s/ Patrick D. Gill*
Patrick D. Gill
**SANDLER, TRAVIS & ROSENBERG, P.A.**
675 Third Avenue, Suite 2425
New York, NY 10017
212-549-0156
pgill@strtrade.com

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 9, 2025, a true and correct copy of the foregoing was served electronically via ECF on counsel of record for all parties.


Dated:  January 9, 2025              /s/ *Patrick D. Gill*
                                     Patrick D. Gill

## UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE MARK A. BURNETT, CHIEF JUDGE
THE HONORABLE CLAIRE R. KELLY, JUDGE
THE HONORABLE JENNIFER CHOE-GROVES, JUDGE

| | |
|---|---|
| GOODY PRODUCTS, INC., et al, | Court No. 1:20-cv-01131-3JP |
| Plaintiffs, | (see attached Schedule of Cases) |
| UNITED STATES, | |
| Defendant. | |

### SCHEDULE OF CASES

| CASE NUMBER | CASE CAPTION | PARTIES REPRESENTED |
|---|---|---|
| 1:20-CV-01968-3JP | RDI-USA, Inc,. et al. v. United States, et al | ALL PLAINTIFFS |
| 1:20-CV-02233-3JP | Ubiolabs, Inc., et al. v. United States, et al. | ALL PLAINTIFFS |
| 1:20-CV-02237-3JP | A&C Trade Consultants Inc. et al v. United States, et al | ALL PLAINTIFFS |
| 1:20-CV-02248-3JP | Galleher, LLC et al v. United States et al | ALL PLAINTIFFS |
| 1:20-CV-02274-3JP | Anchor Hocking LLC et al v. United States et al | ALL PLAINTIFFS |
| 1:20-CV-02530-3JP | Clear Trading LLC et al v. United States et al | ALL PLAINTIFFS |
| 1:20-CV-02577-3JP | NXN LLC et al v. United States et al | ALL PLAINTIFFS |
| 1:20-CV-02580-3JP | RM Rafts LLC et al v. United States et al | ALL PLAINTIFFS |
| 1:20-CV-03614-3JP | Performance Depot Inc. et al v. United States et al | ALL PLAINTIFFS |

| CASE NUMBER | CASE CAPTION | PARTIES REPRESENTED |
|---|---|---|
| 1:20-cv-03714-3JP | Quality Engineering Company, et al v. United States et al | ALL PLAINTIFFS |
| 1:20-cv-03766-3JP | GHH, Inc. et al v. United States et al | ALL PLAINTIFFS |
| 1:20-cv-03809-3JP | Global-Pak Incorporated et al v. United States et al | ALL PLAINTIFFS |
| 1:20-cv-03832-3JP | Seattle Pacific Industries, Inc. et al v. United States et al | ALL PLAINTIFFS |
| 1:20-cv-03874-3JP | Northern Comfort Corp. et al v. United States et al | ALL PLAINTIFFS |
| 1:20-cv-03917-3JP | Valencia Pipe Company et al v. United States et al | ALL PLAINTIFFS |
| 1:21-cv-00022-3JP | Monsoon Pacific, LLC et al v. United States et al | ALL PLAINTIFFS |
| 1:21-cv-00044-3JP | English Gardens & Fairlane Florists-Lakeside, Inc. v. United States et al | PLAINTIFF |
| 1:21-cv-00149-3JP | Barkan USA Inc. et al. v. United States et al | ALL PLAINTIFFS |
| 1:21-cv-00208-N/A | Bogner of America, Inc. et al v. United States et al | ALL PLAINTIFFS |
| 1:21-cv-00270-N/A | Seafood Doctor, Inc. et al v. United States et al | ALL PLAINTIFFS |
| 1:21-cv-00331-N/A | California Candle Supply et al v. United States et al | ALL PLAINTIFFS |
| 1:21-cv-00370-N/A | Disc-O-Bed LP et al v. United States et al | ALL PLAINTIFFS |
| 1:21-cv-00504-N/A | Varsal LLC et al v. United States et al | ALL PLAINTIFFS |
| 1:21-cv-00522-N/A | Slip Enterprises Pty Ltd. et al v. United States et al | ALL PLAINTIFFS |
| 1:21-cv-00569-N/A | Boco Gear, LLC et al v. United States et al | ALL PLAINTIFFS |
| 1:21-cv-00635-N/A | Trendler, Inc. v. United States et al | PLAINTIFF |
| 1:22-cv-00043-N/A | John Bean Technologies Corporation et al v. United States et al | ALL PLAINTIFFS |

| CASE NUMBER | CASE CAPTION | PARTIES REPRESENTED |
|---|---|---|
| 1:22-cv-00112-N/A | Bejo Seeds, Inc. et al v. United States et al | ALL PLAINTIFFS |
| 1:22-cv-00218-N/A | Outdoor Product Innovations, Inc. v. United States et al | PLAINTIFF |
| 1:22-cv-00249-N/A | Neo G USA Inc. et al v. United States et al | ALL PLAINTIFFS |
| 1:22-cv-00309-N/A | DataRemote, Inc. v. United States et al | PLAINTIFF |
| 1:23-cv-00006-N/A | Renfro, LLC et al v. United States et al | ALL PLAINTIFFS |
| 1:23-cv-00023-N/A | FLTR, Inc. et al v. United States et al | ALL PLAINTIFFS |
| 1:23-cv-00070-N/A | Dogwatch, Inc. et al v. United States et al | ALL PLAINTIFFS |
| 1:23-cv-00085-N/A | LidoChem, Inc. v. United States et al | PLAINTIFF |
| 1:23-cv-00103-N/A | Dee Zee, Inc. v. United States et al | PLAINTIFF |
| 1:23-cv-00135-N/A | Pegasus Solar Inc. et al v. United States et al | ALL PLAINTIFFS |
| 1:23-cv-00183-N/A | Workwear Outfitters, LLC et al v. United States et al | ALL PLAINTIFFS |
| 1:23-cv-00190-N/A | Fresh Pond Ventures LLC v. United States et al | PLAINTIFF |
| 1:23-cv-00208-N/A | BekaertDeslee USA, Inc. et al v. United States et al | ALL PLAINTIFFS |
| 1:23-cv-00244-N/A | Marketlab, Inc. et al v. United States et al | ALL PLAINTIFFS |
| 1:23-cv-00255-N/A | M.A. Mortenson Company v. United States et al | PLAINTIFF |
| 1:24-cv-00027-N/A | H&M Fashion USA, Inc. v. United States et al | PLAINTIFF |
| 1:24-cv-00090-N/A | David's Bridal Inc. (Delaware) v. United States et al | PLAINTIFF |
| 1:24-cv-00186-N/A | LOCO Enterprises LLC v. United States et al | PLAINTIFF |
| 1:24-cv-00202-N/A | Solotech U.S. Corporation v. United States et al | PLAINTIFF |